RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Derek S. Herbert

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00020-APG-NJK |
| Plaintiff, | **Stipulation to Withdraw Petition (ECF No. 46) and vacate Revocation Hearing** |
| v. | |
| Derek S. Herbert, | |
| Defendant. | |

On July 7, 2022, Defendant Derek S. Herbert appeared before this Court for a Revocation of Supervised Release hearing. ECF No. 50. At the hearing, the parties advised the Court that the parties had reached a resolution, whereby Mr. Herbert would admit to two of the three violations in the petition against him (ECF No. 46). In exchange, the parties requested this Court hold Mr. Herbert's sentence in abeyance, with the understanding that if Mr. Herbert accrued no new violations before his scheduled supervised release expiration date of July 20, 2022, the parties would stipulate to withdrawing the petition and vacating the Hearing. ECF No. 50.

Probation informed the parties that Mr. Herbert has accrued no new violations. As such, the parties stipulate that the Petition (ECF No. 46) should be withdrawn and the upcoming revocation hearing should be vacated.

DATED: July 19, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Chris Burton*<br>CHRIS BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Derek S. Herbert,<br><br>　　　　Defendant. | Case No. 2:18-cr-00020-APG-NJK<br><br>**Order on Stipulation to Withdraw Petition (ECF No. 46) and vacate Revocation Hearing** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On July 7, 2022, Defendant Derek S. Herbert appeared before this Court for a Revocation of Supervised Release hearing. ECF No. 50.

2. At the hearing, the parties advised the Court that the parties had reached a resolution, whereby Mr. Herbert would admit to two of the three violations in the petition against him (ECF No. 46). In exchange, the parties requested this Court hold Mr. Herbert's sentence in abeyance, with the understanding that if Mr. Herbert accrued no new violations before his scheduled supervised release expiration date of July 20, 2022, the parties would stipulate to withdrawing the petition and vacating the Hearing. ECF No. 50.

3. Mr. Herbert has accrued no new violations.

**ORDER**

IT IS THEREFORE ORDERED the petition pending before this Court (ECF No. 46) shall be withdrawn.

IT IS FURTHER ORDERED that the hearing scheduled for July 20, 2022 shall be vacated.

DATED this  20th  day of July 2022.

_____
UNITED STATES DISTRICT JUDGE

4